IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARKANSAS CRYPTOMINING ASSOCIATION**                                          **PLAINTIFF**

v.                          Case No. 4:25-cv-00234-KGB

**ALAN YORK, in his official capacity**
**as the Director of the Arkansas Oil and Gas Commission**, *et al.*          **DEFENDANTS**

## ORDER

Before the Court is Asher Steinberg's motion to withdraw as counsel for defendants (Dkt. No. 45). In the motion, Steinberg says he is leaving his employment with the Office of the Arkansas Attorney General and that defendants will continue to be represented by other counsel of record (*Id.*). For good cause shown, the Court grants the motion to withdraw counsel (*Id.*). The Court directs the Clerk to terminate Steinberg as counsel of record for defendants.

It is so ordered this 17th day of November, 2025.

_____
Kristine G. Baker
Chief United States District Judge